UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| ALEX MEDINSKIY,<br><br>    Petitioner,<br><br>v.<br><br>A. NEIL CLARK,<br><br>    Respondent. | CASE NO. C08-1478-RSM-BAT<br><br>ORDER OF DISMISSAL |

The Court, having reviewed petitioner's 28 U.S.C. § 2241 petition, all papers and exhibits in support and in opposition to that petition, the Report and Recommendation of the Honorable Brian A. Tsuchida, United States Magistrate Judge, and the remaining record, finds and Orders as follows:

(1) The Court adopts the Report and Recommendation;

(2) Petitioner's § 2241 petition is DISMISSED without prejudice; and

(3) The Clerk is directed to send copies of this Order to the parties and to Judge Tsuchida.

DATED this 13 day of January, 2009.

RICARDO S. MARTINEZ
UNITED STATES DISTRICT JUDGE

ORDER